M. KIRBY C. WILCOX (SB# 78576)
THOMAS E. GEIDT (SB# 80955)
JULIE A. WILKINSON (SB# 209180)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: juliewilkinson@paulhastings.com

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.
and GARY HOLLANDSWORTH


GREGORY NEAL GRIMES
325 Kennebeck Ave. South
Kent, WA  98030
Telephone: (253) 850-2880
E-mail: gregoryngrimes@aol.com or
gngrimes65@aol.com

Plaintiff in *Pro Per*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNITED PARCEL SERVICE; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE<br><br>            Defendants. | CASE NO. C05-01824 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

SF/374636.1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1   The parties to the above-entitled action, plaintiff Gregory Neal Grimes, in *pro per*,
2   and defendants United Parcel Service, Inc. and Gary Hollandsworth, hereby stipulate as follows:
3   On July 21, 2005, pursuant to stipulation of the parties, the Court issued an Order
4   rescheduling the dates and deadlines set forth in its Order Setting Initial Case Management
5   Conference to allow Plaintiff time with which to seek counsel.
6   Since that time, Plaintiff has represented that he has made significant progress
7   toward retaining counsel; however, he needs additional time to do so. Therefore, pursuant to
8   Plaintiff's request, and in order to allow Plaintiff additional time to retain counsel, the parties
9   hereby stipulate and agree to postpone each of the currently scheduled dates and deadlines set
10  forth in the Court's July 21, 2005 Order, subject to the Court's approval, as follows:

| Date | Event |
|---|---|
| 9/2/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 9/2/2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |
| 9/16/2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| 10/14/2005 ~~9/23/2005~~ | **Case Management Conference in Ctrm. 8, 19th Fl., SF at 8:30 a.m.** |

DATED: August 4, 2005        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Julie Wilkinson_____
JULIE A. WILKINSON

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.
and GARY HOLLANDSWORTH

SF/374636.1                -2-

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  DATED: August 4, 2005

3  By: _____
4  GREGORY NEAL GRIMES
5  Plaintiff in *Pro Per*

7  PURSUANT TO STIPULATION, IT IS SO ORDERED:

9  DATED: August 9th, 2005

10  HON. _____
    UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer

SF/374636.1                    -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE