IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY N. GRIMES,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC., et al.,

    Defendants.

No. C 05-01824 CRB

**ORDER**

Now before the Court is defendants' motion to strike plaintiff's first amended complaint. Plaintiff is *pro se* and has not opposed the motion. After carefully reviewing defendants' moving papers, the Court has determined that oral argument is unnecessary. See Local Rule 7-1(b).

Defendants' argument amounts to a request for the Court to strike a *pro se* plaintiff's amended complaint in its entirety because the plaintiff filed it four days late. Defendants, however, suffered no prejudice from plaintiff's tardiness. Accordingly, the motion is DENIED.

Defendants shall file any motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure not later than February 17, 2006, to be heard by the Court on March 24, 2006, at 10:00 am in Courtroom 8 on the 19th floor of 450 Golden Gate Avenue in San Francisco. Otherwise, defendants have 30 days from the date of this Order to file an Answer. The Case Management Conference currently set for March 3, 2006, is hereby vacated.

**United States District Court**
For the Northern District of California

1  **IT IS SO ORDERED.**

4  Dated: January 20, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1824\order re mot to strike.wpd          2