M. KIRBY C. WILCOX (SB# 78576)
THOMAS E. GEIDT (SB# 80955)
JULIE A. WILKINSON (SB# 209180)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: juliewilkinson@paulhastings.com

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., BILL
KLUSSMAN and GARY HOLLANDSWORTH

GREGORY NEAL GRIMES
325 Kennebeck Ave. South
Kent, WA 98030
Telephone: (253) 850-2880
E-mail: gregorygrimes@aol.com or Gngrimes65@aol.com

Plaintiff in *Pro Per*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED PARCEL SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE <br><br> Defendants. | CASE NO. C05-01824 CRB <br><br> **STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

LEGAL_US_W # 53300016.1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  Pursuant to the request of plaintiff Gregory Neal Grimes, in *pro per*, because of a
2  scheduling conflict involving his school schedule, the parties hereby stipulate to and request that
3  the Court postpone the currently scheduled Case Management Conference by one week, to
4  March 17, 2006. The parties additionally request that the deadline for submission of the case
5  management statement similarly be postponed to March 10, 2006.

8  DATED: 3/3, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

10          By: _____Julie Wilkinson_____
                        JULIE A. WILKINSON

11          Attorneys for Defendants
12          UNITED PARCEL SERVICE, INC., BILL KLUSSMAN and GARY HOLLANDSWORTH

14  DATED: 3/1, 2006

16          By: _____
                        GREGORY NEAL GRIMES
17          Plaintiff in *Pro Per*

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  DATED: March 6, 2006

    IT IS SO ORDERED
    Judge Charles R. Breyer

LEGAL_US_W # 53300016.1                    -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE