1  M. KIRBY C. WILCOX (SB# 78576)
   THOMAS E. GEIDT (SB# 80955)
2  JULIE A. WILKINSON (SB# 209180)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA  94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  E-mail: juliewilkinson@paulhastings.com

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., BILL
7  KLUSSMAN and GARY HOLLANDSWORTH

8

   GREGORY NEAL GRIMES
9  325 Kennebeck Ave. South
   Kent, WA  98030
10 Telephone: (253) 850-2880
   E-mail: gregorygrimes@aol.com or Gngrimes65@aol.com
11
   Plaintiff in *Pro Per*
12

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | GREGORY NEAL GRIMES,                    | CASE NO. C05-01824 CRB

17 |          Plaintiff,                     | **STIPULATION AND** ~~PROPOSED~~ **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**
            vs.
18 | UNITED PARCEL SERVICE; BILL
     KLUSSMAN; GARY
19 | HOLLANDSWORTH; AND DOES 1-10,
     INCLUSIVE
20
21 |          Defendants.

22

23

24

25

26

27

28

LEGAL_US_W # 53519125.1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1    Pursuant to the request of plaintiff Gregory Neal Grimes, in *pro per*, because of a
2    scheduling conflict involving his school schedule, the parties hereby stipulate to and request that
3    the Court postpone the currently scheduled Case Management Conference to ~~May 26~~ June 16, 2006.

4

5

6    DATED: April 21, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

7

8                                  By: ___Julie Wilkinson___
                                        JULIE A. WILKINSON
9
                                   Attorneys for Defendants
10                                 UNITED PARCEL SERVICE, INC., BILL
                                   KLUSSMAN and GARY HOLLANDSWORTH
11

12   DATED: April ___, 2006

13

14                                 By: _____
                                        GREGORY NEAL GRIMES
15
                                   Plaintiff in *Pro Per*
16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19   DATED: __April 24__, 2006

20                                 _____
                                   HON. CHARLES R. BREYER
21                                 UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*