1  GREGORY N. GRIMES
2  Pro Se
3  325 Kennebeck Ave South
   Kent, WA 98030
4

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREGORY NEAL GRIMES, | Case No.: C05-01824 CRB |
|---|---|
| Plaintiff, | **PLAINTIFFS' REQUEST TO ATTEND CASE MANAGMENT CONFERENCE VIA TELECONFERENCE** |
| vs. | |
| UNITED PARCEL SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE, | **ORDER** |
| | Date: June 16, 2006 |
| Defendants. | Time: 8:30 a.m. |
| | Courtroom: 8 |
| | Judge: Hon. Charles R. Breyer |

1  Plaintiff Gregory Neal Grimes requests that the court allow that he attend the Case Management Conference scheduled for June 16, 2006 at 8:30 a.m. and future Case Management Conferences via teleconference.

I am a Pro Se litigant with limited resources who resides, works and attends school in Washington State. At the last Case Management Conference, Ms. Espinoza mentioned that given my residence that the court may be willing to allow me to attend future conferences via teleconference. I am requesting the courts permission to do so.

Dated this 15th day of June, 2006

By: /S/
GREGORY N. GRIMES
Pro Se

June 15, 2006

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA