| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) |
| | THOMAS E. GEIDT (SB# 80955) |
| 2 | JULIE A. WILKINSON (SB# 209180) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 55 Second Street, 24th Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | E-mail: juliewilkinson@paulhastings.com |
| 6 | Attorneys for Defendants |
| | UNITED PARCEL SERVICE, INC., BILL |
| 7 | KLUSSMAN and GARY HOLLANDSWORTH |
| 8 | |
| 9 | KATHRYN BURKETT DICKSON (SB# 706363) |
| | DICKSON-ROSS LLP |
| 10 | 1970 Broadway, Suite 1045 |
| | Oakland, CA 94612 |
| 11 | Telephone: (510) 268-1999 |
| | Facsimile: (510) 268-3627 |
| 12 | E-mail: kbdickson@dicksonross.com |
| 13 | Attorneys for Plaintiff |
| | GREGORY NEAL GRIMES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY NEAL GRIMES, | | CASE NO. C05-01824 CRB |
| Plaintiff, | | **STIPULATION AND ~~PROPOSED~~ ORDER VACATING HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SETTING CASE MANAGEMENT CONFERENCE** |
| vs. | | |
| UNITED PARCEL SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE | | |
| Defendants. | | |

LEGAL_US_W # 53519125.1

STIPULATION RE VACATING MSJ SCHEDULE AND SETTING CMC

The parties stipulate and request that the Court enter an Order as follows:

1. Plaintiff Gregory Grimes has recently retained counsel, Kathryn Burkett Dickson of Dickson-Ross LLP, who entered her first appearance in this matter on Monday of this week, August 21, 2006.

2. The Court had previously set a summary judgment briefing and hearing schedule, pursuant to which Defendants' motion for summary judgment would need to be filed no later than Friday, September 1, 2006, and the matter was scheduled for hearing on October 6, 2006.

3. Plaintiff's newly retained counsel desires to take depositions and complete additional written discovery before responding to any dispositive motion, and therefore would plan to seek a continuance of the deadline for Plaintiff's response and the hearing on the motion for summary judgment.

4. Given the recent involvement of counsel for Plaintiff, the parties desire to have a Case Management Conference as soon as possible, consistent with the Court's schedule, to establish a reasonable pre-trial calendar for completion of non-expert discovery, expert witness exchange and expert discovery, dispositive motions, and trial.

5. Counsel for the parties have met and conferred, and based upon the foregoing, request that the Court vacate the current filing and hearing dates for Defendants' motion for summary judgment, and set a Case Management Conference as soon as the Court is able to meet with the parties.

IT IS SO STIPULATED.

DATED: August 24, 2006        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
         JULIE A. WILKINSON

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., BILL KLUSSMAN and GARY HOLLANDSWORTH

1  DATED: August 24, 2006                    DICKSON - ROSS LLP

3                                             By:      /s/ electronically
                                                   KATHRYN BURKETT DICKSON

                                              Attorneys for Plaintiff
                                              GREGORY NEAL GRIMES

7  PURSUANT TO STIPULATION, IT IS ORDERED THAT THE DEADLINE FOR

8  DEFENDANTS TO FILE THEIR MOTION FOR SUMMARY JUDGMENT AND THE

9  HEARING ON THAT MOTION ARE VACATED.  THE PARTIES SHALL APPEAR FOR A

10 CASE MANAGEMENT CONFERENCE ON   September 8, 2006 at 8:30 a,n,           .

12 DATED:  August 28  , 2006
                                              _____
                                              HON. CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*