| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (SB# 706363) |
|   | DICKSON-ROSS LLP |
| 2 | 1970 Broadway, Suite 1045 |
|   | Oakland, CA 94612 |
| 3 | Telephone: (510) 268-1999 |
|   | Facsimile: (510) 268-3627 |
| 4 | E-mail: kbdickson@dicksonross.com |
| 5 | Attorneys for Plaintiff |
|   | GREGORY NEAL GRIMES |
| 6 | |
|   | M. KIRBY C. WILCOX (SB# 78576) |
| 7 | THOMAS E. GEIDT (SB# 80955) |
|   | JULIE A. WILKINSON (SB# 209180) |
| 8 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street, 24th Floor |
| 9 | San Francisco, CA 94105-3441 |
|   | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
|   | E-mail: juliewilkinson@paulhastings.com |
| 11 | |
|   | Attorneys for Defendants |
| 12 | UNITED PARCEL SERVICE, INC., BILL |
|   | KLUSSMAN and GARY HOLLANDSWORTH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY NEAL GRIMES, | CASE NO. C05-01824 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNITED PARCEL SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE | |
| Defendants. | |

LEGAL_US_W # 54298663.1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  Due to the unavailability of defense counsel on the date currently scheduled for the
2  parties' next Case Management Conference (on September 8, 2006), the parties hereby stipulate
3  to and request that the Court postpone the currently scheduled Case Management Conference to
4  September 29, 2006.

5

6

7  DATED: August 29, 2006          DICKSON-ROSS

8

9                                   By: _____Kathryn Burkett Dickson_____
                                          KATHRYN BURKETT DICKSON
10
                                     Attorneys for Plaintiff
11                                   GREGORY NEAL GRIMES

12
   DATED: August ___, 2006          PAUL, HASTINGS, JANOFSKY & WALKER, LLP
13

14
                                     By: _____
15                                          JULIE A. WILKINSON

16                                   Attorneys for Defendants
                                     UNITED PARCEL SERVICE, INC., BILL
17                                   KLUSSMAN and GARY HOLLANDSWORTH

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED:

20

21  DATED: _____, 2006          _____
                                          HON. CHARLES R. BREYER
22                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

LEGAL_US_W # 54298663.1                    -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Due to the unavailability of defense counsel on the date currently scheduled for the parties' next Case Management Conference (on September 8, 2006), the parties hereby stipulate to and request that the Court postpone the currently scheduled Case Management Conference to September 29, 2006.

DATED: August ___, 2006    DICKSON-ROSS

By: _____
KATHRYN BURKETT DICKSON

Attorneys for Plaintiff
GREGORY NEAL GRIMES

DATED: August 29, 2006    PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: *Julie Wilkinson*
JULIE A. WILKINSON

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., BILL KLUSSMAN and GARY HOLLANDSWORTH

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  August 30 , 2006    _____
HON. CHARLES R. BREYER
UNITED STATES JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*