1  KATHRYN BURKETT DICKSON (SB# 706363)
   DICKSON-ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Telephone: (510) 268-1999
   Facsimile: (510) 268-3627
4  E-mail: kbdickson@dicksonross.com

5  Attorneys for Plaintiff
   GREGORY NEAL GRIMES
6
   M. KIRBY C. WILCOX (SB# 78576)
7  THOMAS E. GEIDT (SB# 80955)
   JULIE A. WILKINSON (SB# 209180)
8  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
9  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
10 Facsimile: (415) 856-7100
   E-mail: juliewilkinson@paulhastings.com
11
   Attorneys for Defendants
12 UNITED PARCEL SERVICE, INC., BILL
   KLUSSMAN and GARY HOLLANDSWORTH
13

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | GREGORY NEAL GRIMES, | CASE NO. C05-01824 CRB |
|---|---|---|
| 18 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| 19 | vs. | |
| 20 | UNITED PARCEL SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE | |
| 21 | | |
| 22 | Defendants. | |

LEGAL_US_W # 54901534.1

STIPULATION TO EXTEND TIME FOR RESPONSE TO 2ND AM. COMPLAINT

## STIPULATION

1. Pursuant to leave of this Court granted at the case management conference ("CMC") on September 29, 2006, Plaintiff filed a Second Amended Complaint ("2AC") in this action on November 15, 2006 (Docket No. 67).

2. At the September 29th CMC, this Court indicated that, upon the filing of Plaintiff's 2AC, Defendants could request additional time—beyond that prescribed by Federal Rule of Civil Procedure 15(a)—to respond to the 2AC.

3. The parties hereby stipulate that Defendants shall have until December 15, 2006, to respond to Plaintiff's 2AC.

DATED: November 16, 2006        DICKSON-ROSS

By: _Kathryn Burkett Dickson_
KATHRYN BURKETT DICKSON

Attorneys for Plaintiff
GREGORY NEAL GRIMES

DATED: November ___, 2006        PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
JULIE A. WILKINSON

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., BILL KLUSSMAN and GARY HOLLANDSWORTH

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _Nov. 17_, 2006

_____
HON.
UNITED

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

LEGAL_US_W # 54901534.1        -2-

STIPULATION TO EXTEND TIME FOR RESPONSE TO 2ND AM. COMPLAINT

## STIPULATION

1. Pursuant to leave of this Court granted at the case management conference ("CMC") on September 29, 2006, Plaintiff filed a Second Amended Complaint ("2AC") in this action on November 15, 2006 (Docket No. 67).

2. At the September 29th CMC, this Court indicated that, upon the filing of Plaintiff's 2AC, Defendants could request additional time—beyond that prescribed by Federal Rule of Civil Procedure 15(a)—to respond to the 2AC.

3. The parties hereby stipulate that Defendants shall have until December 15, 2006, to respond to Plaintiff's 2AC.

DATED: November ___, 2006          DICKSON-ROSS


By: _____
    KATHRYN BURKETT DICKSON

Attorneys for Plaintiff
GREGORY NEAL GRIMES


DATED: November 16, 2006          PAUL, HASTINGS, JANOFSKY & WALKER, LLP


By: _____
    JULIE A. WILKINSON

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., BILL KLUSSMAN and GARY HOLLANDSWORTH


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____, 2006          _____
                                 HON. CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 54901534.1                    -2-