**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7   GREGORY NEAL GRIMES,                    No. C-05-1824 CRB (JCS)
8              Plaintiff(s),
                                            **NOTICE AND ORDER SETTING**
9        v.                                 **FURTHER SETTLEMENT**
                                            **CONFERENCE**
10  UNITED PARCEL SERVICE, ET AL.,
                                            **(E-FILING CASE)**
11             Defendant(s).
    _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14          PLEASE TAKE NOTICE that a Further Settlement Conference has been scheduled for
15  **May 17, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate
16  Avenue, San Francisco, California.  Lead trial counsel shall appear at the Settlement Conference
17  with the parties.  Any party who is not a natural person shall be represented by the person(s) with
18  **unlimited** authority to negotiate a settlement.
19          Each party shall prepare an updated, confidential Settlement Conference Statement, which
20  must be LODGED (NOT electronically filed) with the undersigned's Chambers **no later than**
21  **May 10, 2007.**
22          The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to
23  the date set for the Further Settlement Conference.  All other provisions of this Court's October 3,
24  2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.
25          IT IS SO ORDERED.
26  Dated: March 6, 2007
27                                          _____
                                            JOSEPH C. SPERO
28                                          United States Magistrate Judge