M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
THOMAS E. GEIDT (SB# 080955) tomgeidt@paulhastings.com
KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,
BILL KLUSSMAN and GARY HOLLANDSWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., BILL KLUSSMAN AND GARY HOLLANDSWORTH, AND DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. C05-01824 CRB<br><br>**STIPULATION AND ORDER FOR PRIVATE MEDIATION IN LIEU OF COURT SETTLEMENT CONFERENCE**<br><br>Settlement Conference Date: May 17, 2007<br>Time: 9:30 a.m.<br>Settlement Judge: Hon. Joseph C. Spero |

STIPULATION

Plaintiff Gregory Neal Grimes and Defendants United Parcel Service, Inc., Bill Klussman and Gary Hollandsworth, by their respective counsel, hereby stipulate and agree as follows:

1. The parties will participate in a full-day private mediation before Susan Haldeman of Gregorio, Haldeman and Piazza. The parties and Ms. Haldeman have reserved Monday June 4, 2007, as the date for the mediation.

2. Subject to the Court's approval, the above-referenced mediation will take the place of the previously-ordered settlement conference before Hon. Magistrate Judge Joseph C. Spero, which currently is scheduled for May 17, 2007, and the May 17 settlement conference shall be

1  taken off calendar.

2      3.    The parties shall not file supplemental settlement conference statements with Judge Spero on May 10, 2007, as currently scheduled, and instead will submit any necessary settlement briefing to the mediator, Susan Haldeman.

5      4.    This Stipulation is made on the grounds that the parties believe that a full-day private mediation before Ms. Haldeman will give them the best possible opportunity to resolve this case.  Additionally, the parties need the balance of the month of May 2007 to complete certain discovery that is outstanding, including depositions of percipient witnesses and treating physicians, a medical examination of the Plaintiff, interrogatory responses, and a supplemental request for documents, all of which the parties expect to complete within the next several weeks. The information from this discovery is necessary for the mediation and the pre-mediation briefing.

13      5.    Unless the Court orders otherwise, the Case Management Conference currently scheduled for Friday June 1, 2007, shall remain on calendar.

IT IS SO STIPULATED:

DATED: May 9, 2007    DICKSON-ROSS LLP

By /s/ Kathryn Burkett Dickson
Kathryn Burkett Dickson
Attorneys for Plaintiff

DATED: May 9, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By /s/ Thomas E. Geidt
Thomas E. Geidt
Attorneys for Defendants

IT IS SO ORDERED:

DATED:  May 9, 2007

Hon. Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*