1  M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
   THOMAS E. GEIDT (SB# 80955) tomgeidt@paulhastings.com
2  KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   Attorneys for Defendants
6  UNITED PARCEL SERVICE, INC., BILL
   KLUSSMAN and GARY HOLLANDSWORTH
7
   KATHRYN BURKETT DICKSON (SB# 70636) kbdickson@dicksonross.com
8  DICKSON-ROSS LLP
   1970 Broadway, Suite 1045
9  Oakland, CA 94612
   Telephone: (510) 268-1999
10 Facsimile: (510) 268-3627

11 Attorneys for Plaintiff
   GREGORY NEAL GRIMES
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

| GREGORY NEAL GRIMES, | CASE NO. C-05-01824 CRB |
|---|---|
| Plaintiff, | **STIPULATION RE CONFIDEN-** |
| vs. | **TIALITY OF RECORDS RELATING** |
| | **TO FEDERAL EXPRESS** |
| UNITED PARCEL SERVICE; BILL | **DOCUMENTS AND ORDER** |
| KLUSSMAN; GARY HOLLANDSWORTH | **THEREON** |
| AND DOES 1-10, INCLUSIVE | |
| Defendants. | |

22       The parties stipulate as follows:

23       1.    Plaintiff Gregory Grimes is currently employed by Federal Express Home
24 Delivery, which is a competitor of Defendant UPS.

25       2.    Defendants have requested that Plaintiff produce certain documents related to his
26 employment with Federal Express which Defendants believe are reasonably related to damages
27 issues in this case.
28

LEGAL_US_W # 56299166.1

STIPULATION RE FEDERAL EXPRESS DOCUMENTS AND ORDER THEREON

3. Certain of these documents may be proprietary, confidential, and/or trade secret documents of Federal Express Home Delivery.

4. The parties therefore agree that such documents may be marked as "Confidential" and/or "For Attorneys' Eyes Only," and that only Defendants' counsel (including inside counsel Joey Henslee but no other inside counsel) and any expert retained for damages analyses may have access to such documents. Defense counsel may inform their client of specific or particularized information from the documents that relate directly to Plaintiff and the damages issues in this case, but may not provide the documents themselves or any other information from the documents to their clients or anyone other than counsel and their retained expert, unless the parties mutually agree or the Court orders otherwise.

5. At the conclusion of the litigation, Defense counsel agrees to return such documents and all copies of such documents to Plaintiff's counsel.

IT IS SO STIPULATED.

DATED: 5/29/07          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
THOMAS E. GEIDT
Attorneys for Defendants
UNITED PARCEL SERVICE, INC., BILL KLUSSMAN and GARY HOLLANDSWORTH

DATED: 5/25/07          DICKSON - ROSS LLP

By: _____
KATHRYN BURKETT DICKSON
Attorneys for Plaintiff GREGORY NEAL GRIMES

IT IS SO ORDERED.

DATED: May 31, 2007

CHARLES R. BREYER
District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

LEGAL_US_W # 56299166.1          -2-

STIPULATION RE FEDERAL EXPRESS DOCUMENTS AN...