KATHRYN BURKETT DICKSON (State Bar # 70636)
Dickson - Ross LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:   (510) 268-1999
Facsimile:   (510) 268-3627
E-mail:      kbdickson@dicksonross.com

CLAUDIA CENTER (State Bar # 158255)
The Legal Aid Society-Employment Law Center
600 Harrison St., Suite 120
San Francisco, CA 94107
415-864-8848
Fax: 415-864-8199
Email: ccenter@las-elc.org

LESLIE LEVY (State Bar # 104634)
JEAN HYAMS (State Bar # 144425)
DARCI BURRELL (State Bar # 180467)
Boxer & Gerson
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
(510) 835-8870
Fax: (510) 835-0415
Email: courtmail@boxerlaw.com

Attorneys for Plaintiff
GREGORY NEAL GRIMES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; and BILL KLUSSMAN, UPS Northwest Region Industrial Engineering Manager, an individual; and GARY HOLLANDSWORTH, UPS Northwest Region Workforce Planning Manager, an individual; and DOE 1 - DOE 10,<br><br>Defendants. | Case No. 05-cv-01824-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INDIVIDUAL DEFENDANTS** |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INDIVIDUAL DEFENDANTS
Case No. 05-cv-01824-CRB

1

The parties through their counsel stipulate as follows:

1. Individual Defendants Bill Klussman and Gary Hollandsworth are dismissed from this action with prejudice based on the following conditions.

2. Defendants Klussman and Hollandsworth waive their right to claim any costs or fees associated with having been Defendants in the action.

3. Defendants Klussman and Hollandsworth agree to respond in a timely manner with responses and/or appropriate objections to outstanding discovery directed to them, irrespective of whether they have been dismissed at the time of their responses. They agree that the Court retains review and enforcement jurisdiction relating to any discovery motions which may be filed related to their responses and/or objections.

4. The parties agree that there will be no evidence of any sort, including documents, pleadings, and/or testimony, at trial regarding the fact that the individual Defendants were named in this action or that they have been dismissed. The parties agree, however, that any party may proffer admissions or other information found in pleadings, declarations, and/or any discovery documents that include Klussman and Hollandsworth in the caption or otherwise. In such event, the parties will redact references to Klussman and Hollandsworth being defendants or will otherwise meet and confer to agree on an appropriate procedure to prevent disclosure of Klussman's and Hollandsworth's party status.

5. Defendants Hollandsworth and Klussman agree to appear at trial, based upon reasonable notice of 48 hours or more.

Dated: 8/20/07

DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Ph:   510-268-1999
Fax:  510-268-3627
E-mail: kbdickson@dicksonross.com

By: _____
Kathryn Burkett Dickson, Counsel for
Plaintiff, GREGORY NEAL GRIMES

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INDIVIDUAL DEFENDANTS    2
Case No. 05-cv-01824-CRB

Dated: 8/20/07

*PAUL HASTINGS JANOFSKY & WALKER*

By: _____
E. Jeffrey Grube, Counsel for
Defendants, UNITED PARCEL SERVICE,
INC.; BILL KLUSSMAN; and GARY
HOLLANDSWORTH

**IT IS SO ORDERED.**

Dated: August 22, 2007

HONORABLE
UNITED STATES



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INDIVIDUAL DEFENDANTS    3
Case No. 05-cv-01824-CRB