1  KATHRYN BURKETT DICKSON (State Bar # 70636)
   Dickson - Ross LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Telephone:    (510) 268-1999
   Facsimile:    (510) 268-3627
4  E-mail:       kbdickson@dicksonross.com

5  CLAUDIA CENTER (State Bar # 158255)
   The Legal Aid Society-Employment Law Center
6  600 Harrison St., Suite 120
   San Francisco, CA 94107
7  415-864-8848
   Fax: 415-864-8199
8  Email: ccenter@las-elc.org

9  LESLIE LEVY (State Bar # 104634)
   JEAN HYAMS (State Bar # 144425)
10 DARCI BURRELL (State Bar # 180467)
   Boxer & Gerson
11 300 Frank H. Ogawa Plaza, Suite 500
   Oakland, CA 94612
12 (510) 835-8870
   Fax: (510) 835-0415
13 Email: courtmail@boxerlaw.com

14 Attorneys for Plaintiff
   GREGORY NEAL GRIMES
15

16               UNITED STATES DISTRICT COURT

17        FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19

20 GREGORY NEAL GRIMES                    )  Case No.  05-cv-01824-CRB
                                          )
21              Plaintiff,                )  **STIPULATION AND ORDER RE**
                                          )  **DISMISSAL OF TWO CAUSES OF**
22 v.                                     )  **ACTION**
                                          )
23 UNITED PARCEL SERVICE, INC.; and       )
   BILL KLUSSMAN, UPS Northwest Region    )
24 Industrial Engineering Manager, an individual; )
   and GARY HOLLANDSWORTH, UPS            )
25 Northwest Region Workforce Planning    )
   Manager, an individual; and DOE 1 - DOE 10, )
26 .                                      )
                                          )
27              Defendants.               )
   _____ )
28

STIPULATION AND ORDER RE DISMISSAL OF TWO CAUSES OF ACTION          1
Case No. 05-cv-01824-CRB

**STIPULATION AND ORDER**

1

2

3          The parties through their counsel stipulate as follows:

4          1.       Plaintiff agrees to voluntarily dismiss his Fifth Claim for Relief (Hostile Work

5    Environment) and his Twelfth Claim for Relief (Negligent Infliction of Emotional Distress). The

6    dismissal is with prejudice.

7          2.       Defendants agree to not seek costs or file for fees based solely on the dismissal of

8    these claims. By so stipulating, UPS is not waiving its right to seek all costs and fees at the end

9    of the case. By so stipulating, Plaintiff is not conceding that there are any fees and costs related to

10   these causes of action that are not inextricably intertwined with other causes of action.

11         3.       The parties agree that there will be no evidence of any sort, including documents,

12   pleadings, and/or testimony, at trial regarding the fact that these two causes of action were

13   alleged in this case or were dismissed.  The parties agree, however, that any party may proffer

14   pleadings, other documents (whether produced in discovery or otherwise), or other information

15   found in documents that include references to these causes of action.  In such event, the parties

16   will redact references to these causes of action or will otherwise meet and confer to agree on

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28   ///

STIPULATION AND ORDER RE DISMISSAL OF TWO CAUSES OF ACTION                                    2
Case No. 05-cv-01824-CRB

1   an appropriate procedure to prevent disclosure of the prior existence of these causes of action.

2

3   Dated: 8-23-07

4                                                       *BOXER & GERSON LLP*
                                                        300 Frank H.,Ogawa Plaza, Suite 500
5                                                       Oakland, CA 94612
                                                        Ph:     510-286-2994
6                                                       Fax:    510-835-0415
                                                        E-mail: courtmail@boxerlaw.com

7                                           By:

8                                                       Leslie F. Levy, Counsel for
                                                        Plaintiff, GREGORY NEAL GRIMES
9

10

11  Dated: 8/23/07

12                                                      *PAUL HASTINGS JANOFSKY & WALKER*

13

14                                          By:

15                                                      E. Jeffrey Grube, Counsel for
                                                        Defendants, UNITED PARCEL SERVICE,
16  **IT IS SO ORDERED.**

17

18

19  Dated:    August 27, 2007

20                                                      HONORABLE CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL OF TWO CAUSES OF ACTION                                        3
Case No. 05-cv-01824-CRB