1  KATHRYN BURKETT DICKSON, SBN 70636
   DICKSON - ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Telephone:     (510) 268-1999
   Facsimile:     (510) 268-3627
4  E-mail:        kbdickson@dicksonross.com

5  LESLIE F. LEVY, ESQ., SBN 104634
   JEAN K. HYAMS, ESQ., SBN 144425
6  DARCI E. BURRELL, ESQ., SBN 180467
   BOXER & GERSON, LLP
7  300 Frank H. Ogawa Plaza, Suite 500
   Oakland, CA  94612
8  Telephone:  (510) 835-8870
   Facsimile:  (510) 835-0415
9  E-mail:  courtmail@boxerlaw.com

10 CLAUDIA CENTER, ESQ.
11 The Legal Aid Society-Employment Law Center
   600 Harrison St., Suite 120
12 San Francisco, CA 94107
   415-864-8848
13 Fax: 415-864-8199
   Email: ccenter@las-elc.org

14
   Attorneys for Plaintiff
15 GREGORY NEAL GRIMES

16                 **UNITED STATES DISTRICT COURT**

17           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                    **SAN FRANCISCO DIVISION**

19

20 GREGORY NEAL GRIMES                )  Case No.  05-cv-01824-CRB
                                      )
21            Plaintiff,              )
                                      )
22 v.                                 )  STIPULATION AND PROTECTIVE
                                      )  ORDER RE: FAMILY LAW
23 UNITED PARCEL SERVICE, INC.; and   )  PROCEEDINGS
   BILL KLUSSMAN, UPS Northwest Region)
24 Industrial Engineering Manager, an )
   individual; and GARY              )
25 HOLLANDSWORTH, UPS Northwest       )
   Region Workforce Planning Manager, an)
26 individual; and DOE 1 - DOE 10,    )
                                      )
27            Defendants.             )

28 _____

The provisions of this confidentiality agreement and order shall govern the use and handling of all documents that have been identified as being solely part of the family law proceedings involving Mr. Grimes and Ms. Bayer. This includes, but is not limited to, all documents related to any TRO proceedings and custody matters. Given that these documents are confidential by order of the Washington Court and state statute, and may contain private information regarding persons not party to this litigation, the parties agree to the following:

1.  The production of any portion of the documents from the family law proceedings shall not be deemed a waiver of any protection to which those documents or any other documents from those proceedings may be entitled;

2.  The documents may be disclosed to counsel of record in this action, including in-house counsel, who are actively engaged in the conduct of this litigation, and to the employees of such counsel to the extent reasonably necessary to render professional services in this litigation, as well as to those outside consultants or experts retained for the purposes of assisting counsel in this litigation.

3.  With regard to disclosure of these records to the Court, the parties agree that should it be necessary to lodge or file any of these documents with the Court, including as proposed Exhibits, the documents will be filed or lodged under seal, until and unless the Court should order otherwise.

4.  Any documents from the family law matter in possession of Defendants shall be returned to Plaintiff's counsel within 30 days of the conclusion of all appeals and time for any additional petition to review or appeal has run.

5   The parties request that the Court, by this Order, permit the parties to file

the above identified documents under seal without further order of this court.

It is so stipulated:

Dated: __8/28/07__

Leslie F. Levy
Attorney for Plaintiff

Dated: __8/26/07__

Jeffrey Grube
Attorney for Defendants

IT IS SO ORDERED.  The parties are permitted to file the documents from the family law proceedings under seal without further order of this court.

Dated: ___August 29, 2007___



Judge Ch_____
U.S. _____ RT
JUDG_____

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND PROTECTIVE ORDER
Case No. 05-cv-01824-CRB

3