1  THOMAS E. GEIDT (SB# 78576)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
3  Telephone: (415) 856-7000
4  Facsimile: (415) 856-7000

5  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., BILL
6  KLUSSMAN and GARY HOLLANDSWORTH

7  KATHRYN BURKETT DICKSON (SB# 706363)
8  DICKSON-ROSS LLP
   1970 Broadway, Suite 1045
9  Oakland, CA 94612
   Telephone: (510) 268-1999
10 Facsimile: (510) 268-3627

11 Attorneys for Plaintiff
12 GREGORY NEAL GRIMES

13 STEVE DENNIS (TX SB# 00798143)
   REID & DENNIS, P.C.
14 5001 Spring Valley Road, Suite 255W
   Dallas, Texas 75244
15 Telephone:  (972) 991-2626
16 Facsimile:  (972) 991-2678

17 Attorneys for Non-Party Deponent
   FEDEX GROUND PACKAGE SYSTEM, INC.
18

RECEIVED
SEP - 4 2007
RICHARD W. WIEKIN
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFO[RNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY NEAL GRIMES,<br><br>    Plaintiff,<br>vs.<br><br>UNITED PARCES SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE<br><br>    Defendants. | Case No. C05-01824-CRB<br><br>**STIPULATION OF CONFIDENTIALITY OF INFORMATION RELATING TO FEDEX GROUND** |
|---|---|

The parties and Non-Party Deponent FedEx Ground Package System, Inc. ("FedEx Ground") stipulate and agree as follows:

1. Plaintiff Gregory Grimes is currently employed by FedEx Home Delivery, a division of FedEx Ground, which competes with Defendant UPS.

2. Defendants have requested that FedEx Ground produce certain information in the form of documents and testimony by a corporate representative which Defendants believe are reasonably related to Plaintiff Gregory Grimes' employment with FedEx Home Delivery and damage issues in this case;

3. The information, hereinafter referred to as "such information," to be provided in FedEx Ground documents and by FedEx Ground's corporate representative(s) is proprietary, confidential, and/or trade secrets of FedEx Ground. Such information may also contain information that is protected by Plaintiff Gregory Grimes' rights to privacy.

4. The parties agree that such information will be considered as "Confidential" and "For Attorney's Ears and Eyes Only," and that only Defendants' outside counsel (with the exception of one UPS inside counsel named Joey Henslee, and only because he was represented by Defendants to FedEx Ground to be a part of Defendants' trial team), Plaintiff's counsel, and any expert(s) retained for damages analyses may have access to such information, whether it is provided orally or in writing, by written deposition transcript or by video deposition recording. With the exception of the salary amounts and salary ranges of FedEx Home Delivery employees and/or managers, Plaintiff and Defense counsel may inform their clients of specific or particularized information from such information that relates directly to Plaintiff and the damage issues in this case, but may not provide the salary amounts and salary ranges of FedEx Home Delivery employees and/or managers or any other such information to their clients or anyone other than counsel and their retained experts, unless all parties to this stipulation and agreement mutually agree or the Court orders otherwise.

5. There shall be no reproduction whatsoever of such information except as required in this litigation, and any such information shall be returned to the undersigned counsel for FedEx Ground at the conclusion of the litigation and will not be retained by counsel for the parties. Nothing herein shall prevent the parties' experts from testifying regarding such information, but any transcripts and/or electronic or video recordings of such testimony obtained by the parties or that come into the parties' possession, custody or control shall be treated in accordance with this subpart.

6. All such information shall be used by receiving attorneys and their employees and agents, solely for the purposes of this lawsuit or any appeal therefrom and for no other purpose or lawsuit at any time.

7. Any person wishing to disclose such information to an expert or consultant shall provide to the expert or consultant the form attached as "Exhibit A" and have the form executed by the expert or consultant who is to review such information.

8. Nothing in this stipulation shall bar or otherwise restrict any attorney representing any of the parties to this lawsuit from rendering advice to his or her client with respect to this lawsuit and, in the course thereof, from relying on his or her examination of such information.

9. Good and valuable consideration has been given for this stipulation and agreement including, but not limited to, FedEx Ground foregoing the filing of objections to the subpoena and notice of deposition of FedEx Ground.

Dated: August 22, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Thomas E. Geidt
Thomas E. Geidt

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,
BILL KLUSSMAN and GARY
HOLLANDSWORTH

3.

| | |
|---|---|
| 1 | |
| 2 | DICKSON-ROSS LLP |
| 3 | |
| 4  8/27/07 | By: *Kathy Burkett Dicker* |
| 5 | Kathryn Burkett Dickson |
| 6 | Attorneys for Plaintiff<br>GREGORY NEAL GRIMES |
| 7 | |
| 8 | REID & DENNIS, P.C. |
| 9  8/27/07 | |
| 10 | By: *[signature]*<br>Steve Dennis |
| 11 | Attorneys for Non-Party Deponent<br>FEDEX GROUND PACKAGE SYSTEM, INC. |
| 12 | |

IT IS SO ORDERED,

DATED: Sept. 19, 2007

*[signature]*

JUDGE PRESIDING

4.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCES SERVICE; BILL KLUSSMAN; GARY HOLLANDSWORTH; AND DOES 1-10, INCLUSIVE<br><br>Defendants. | Case No. C05-01824-CRB<br><br>**AGREEMENT TO BE BOUND BY STIPULATION OF CONFIDENTIALITY OF INFORMATION RELATING TO FEDEX GROUND** |

    I acknowledge that I have read the Stipulation of Confidentiality of Information Relating to FedEx Ground entered in this action; that I have read the terms thereof; it has been explained to me by counsel; I agree to be bound by such terms.


Signed: _____


Dated: _____










**EXHIBIT "A"**

5.