**Dickson-Ross** LLP

*Via Hand-Delivery and E-filing*

October 5, 2007

Chief Magistrate Judge James Larson
U.S. District Court
450 Golden Gate Ave., 15th Fl.
San Francisco, CA 94102

    Re:    Response to Defendant's Letter re Discovery Order
             in *Grimes v. United Parcel Service, No. 3:05-CV-01824 CRB*

Your Honor:

    This responds to defense counsel's letter to the Court of October 3, 2007 concerning this Court's recent discovery order.

    Defense counsel knew which requests and responses were at issue before the hearing on this matter, but did not raise the issues contained in her letter during the hearing. Now, defense counsel is seeking considerable delay in complying with this Court's order which will cause undue prejudice to Plaintiff in his final preparations for trial.

    In addition, Plaintiff notes that UPS is a company that holds itself out publicly as so technologically capable in terms of data, documents, and packages, that it can track information in real time on its activities world-wide. Most of the information Plaintiff seeks in these requests is contained in UPS's electronic personnel and human resources databases, and should not be difficult to obtain by capable database managers and programmers putting together straightforward database queries. This is not unduly time-consuming work.

    Plaintiff desires to be as cooperative as possible, but without prejudicing Plaintiff's ability to prepare for and present his case. All pre-trial materials, including exhibit lists, are required to be filed with Judge Breyer by October 16, 2007. Thus, Defendant's proposed schedule is completely unworkable, by proposing two sets of dates for production – October 19 and 31 – the first of which is after pre-trial materials are due and the second of which is after the trial starts. Trial is set for October 29. We do not wish to have the trial delayed, but have to wonder, given Defendant's proposal, if that is part of their aim.

    Again, in trying to be cooperative, I have carefully reviewed the categories identified in defense counsel's letter and Plaintiff would not oppose an amendment and brief extensions of deadlines in the Order as follows. All responsive documents, with exceptions noted, must be produced by Wednesday, October 10, with documents to be produced on a rolling basis up to that date - that is, documents are to be produced on a daily basis as they are ready, with October 10 as the final deadline. The following categories, which may require additional time for location and

Magistrate James Larson
October 5, 2007
Page 2

production, also should be produced on a rolling basis, but no later than October 22, so long as the Court permits Plaintiff to amend his trial exhibit list to include documents submitted after the pre-trial deadline and to submit any additional motions in limine related to any of these late-produced documents. This category includes Nos. 119, 133, 165, 169 (Second Request for Production), 177, 179, 180, 182 (Third Request for Production).

Respectfully submitted,

*Kathryn Burkett Dickson*

Kathryn Burkett Dickson
Counsel for Plaintiff

KBD:pw
cc: Kerri Harper

October 10, 2007.

IT IS SO ORDERED
*James Larson*
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DICKSON-ROSS LLP