**\*E-FILED 11/5/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY N. GRIMES, | No. C 05-01824 RS |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| UNITED PARCEL SERVICES, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that a Status Conference in the above entitled matter shall be held on **November 27, 2007 at 2:30 p.m.**, in Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

DATED:   November 5, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claudia Center     ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson     kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Thomas E. Geidt     tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

Gregory Neal Grimes     Gngrimes65@aol.com

E. Jeffrey Grube , Esq     jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper     kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Leslie Fran Levy     courtmail@boxerlaw.com

Sana Swe     sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox     kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson     JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 5, 2007

                                        /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

ORDER SETTING STATUS CONFERENCE        2