*E-FILED 11/16/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>　　　Plaintiff,<br>　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　Defendant.<br>_____/ | NO. C 05-01824 RS<br><br>**ORDER GRANTING LEAVE TO FILE MOTION TO RECONSIDER AND SETTING BRIEFING SCHEDULE** |

On November 5, 2007, Plaintiff filed a motion pursuant to Civil Local Rule 7-9 seeking leave to file a motion for reconsideration of Judge Breyer's order granting partial summary judgment on plaintiff's eighth claim for relief. Good cause appearing, the motion under Rule 7-9 is granted, and the motion for reconsideration, attached as "Exhibit A" to the Rule 7-9 motion is hereby deemed filed. The motion for reconsideration will be heard on Friday, December 14, 2007, at 9:30 a.m. Any opposition shall be filed on or before November 30, 2007, and any reply shall be filed on or before December 7, 2007. This ruling is without prejudice to any argument that plaintiff could

1

have, through motion brought under Rule 56 (f) of the Federal Rules of Civil Procedure, or otherwise, obtained and presented the evidence upon which he now relies prior to the summary judgment ruling.

IT IS SO ORDERED.

Dated: November 16, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING LEAVE TO FILE MOTION TO RECONSIDER AND SETTING BRIEFING SCHEDULE
C 05-01824 RS

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Claudia Center    ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson    kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Thomas E. Geidt    tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

Gregory Neal Grimes    Gngrimes65@aol.com

E. Jeffrey Grube , Esq    jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper    kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Leslie Fran Levy    courtmail@boxerlaw.com

Sana Swe    sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox    kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson    JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/16/07**                                                             **Chambers of Judge Richard Seeborg**

**By:**        **/s/ BAK**

ORDER GRANTING LEAVE TO FILE MOTION TO RECONSIDER AND SETTING BRIEFING SCHEDULE
C 05-01824 RS

3