**\*E-FILED 11/27/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER DENYING LEAVE TO FILE MOTION TO RECONSIDER** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

On November 21, 2007, defendant filed a motion pursuant to Civil Local Rule 7-9 seeking leave to file a motion for reconsideration of Judge Breyer's rulings on the parties' cross-motions for summary judgment on plaintiff's eleventh claim for relief. Defendant contends reconsideration is appropriate in light of the issuance of *Foothill Federal Credit Union v. Superior Court*, 155 Cal.App.4th 652 (2007) after the briefing on the summary judgment motions was complete. The record, however, shows that defendant submitted a copy of the decision to the Court prior to the hearing as permitted by Civil Local Rule 7-3 and that defendant specifically drew the Court's

1  attention to it at the hearing.  Judge Breyer stated, "I will look at it.  And then if I think it would
2  change the result or might change the result, I will invite some further briefing on it. Okay?"

3      In bringing this motion for leave to seek reconsideration, defendant appears to be suggesting
4  that Judge Breyer in fact failed to read or consider *Foothill* despite his stated intent to do so.
5  Defendant asserts that "the Court has not yet responded" to its submission of *Foothill* and seems to
6  be implying that the issue was overlooked in the course of this matter being transferred.

7      Judge Breyer, however, *did* "respond" to defendant's submission of *Foothill*.  He promised
8  to consider it and to solicit further briefing *if* the case supported, or might support, a change in result.
9  This action was not transferred until several weeks later.   This record does not support defendant's
10 apparent contention that Judge Breyer never considered *Foothill* or that it somehow got lost in the
11 shuffle.  Rather, the only reasonable presumption is that Judge Breyer considered *Foothill*, but did
12 not find it to be dispositive.  Under these circumstances, then, defendant has not shown that a basis
13 for reconsideration exists.  Accordingly, its request for leave to file a motion for reconsideration is
14 denied.

17 IT IS SO ORDERED.
18 Dated: November 27, 2007

                       RICHARD SEEBORG
19                        United States Magistrate Judge

ORDER DENYING LEAVE TO FILE MOTION TO RECONSIDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Claudia Center    ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson    kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Thomas E. Geidt    tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

Gregory Neal Grimes    Gngrimes65@aol.com

E. Jeffrey Grube , Esq    jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper    kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Leslie Fran Levy    courtmail@boxerlaw.com

Sana Swe    sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox    kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson    JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/27/07**                                               **Richard W. Wieking, Clerk**

                                                                **By:    /s/ BAK
                                                                        Chambers**

ORDER DENYING LEAVE TO FILE MOTION TO RECONSIDER
C 05-01824 RS

3