1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone:   (415) 856-7000
   Facsimile:   (415) 856-7100
5
   Attorneys for Defendant
6  UNITED PARCEL SERVICE, INC.

7  LESLIE F. LEVY, ESQ., SBN 104634
   BOXER & GERSON, LLP
8  300 Frank H. Ogawa Plaza, Suite 500
   Oakland, CA 94612
9  Telephone:   (510) 835-8870
   Facsimile:   (510) 835-0418
10 E-mail: courtmail@boxerlaw.com

11 Attorneys for Plaintiff
   GREGORY NEAL GRIMES

*E-FILED 12/12/07*

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15 | GREGORY NEAL GRIMES,                      | CASE NO. 5:05-CV-01824-RS

16 |          Plaintiff,

17 | vs.                                       | **STIPULATION RE: DEFENDANT'S RESPONSE TO REQUESTS FOR PRODUCTION NO. 147, 155, AND 199 AND ORDER THEREON**

18 | UNITED PARCEL SERVICE, INC., and DOES 1-10;

19 |          Defendants.

In light of Defendant's representation that it would be unduly burdensome for Defendant to produce all documents that are responsive to Plaintiff's Requests for Production No. 147 (IE staffing documents outside the Northwest and Pacific Regions), No. 155 (nationwide IE recruiting documents), and No. 199 (nationwide IE staffing requirements), the parties hereby STIPULATE to the following facts in lieu of additional document production:

1. Plaintiff's requests for re-employment with UPS was a reasonable step in his attempt to mitigate damages.

2. UPS did not – after the Plaintiff's administrative separation – search for open positions for Plaintiff outside the IE management groups in the Northwest Region office or the Washington District.

3. There were open positions in IE outside the Northwest Region office or the Washington District for which Plaintiff was qualified between February 2002 and February 2003.

UPS agrees that it will not use any information about the open positions referenced in No. 2 and No. 3 above that has not been made available to Plaintiff as of the signing of this agreement, *e.g.*, Defendant cannot identify the location of an open position, or the salary of such jobs unless that information has been previously provided to Plaintiff.

UPS reserves the right to object to the admissibility of any or all of the above stipulated facts on grounds of relevance.

Dated: December 3, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: ____/s/ E. Jeffrey Grube____
E. Jeffrey Grube

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

| | |
|---|---|
| 1    Dated: December 3, 2007 | BOXER & GERSON, LLP |

By: _____/s/ *Leslie F. Levy*_____
               Leslie F. Levy

Attorneys for Plaintiff
GREGORY NEAL GRIMES

IT IS SO ORDERED:

DATED: __12/12/07__

_____
MAGISTRATE JUDGE PRESIDING