| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com |
| | KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |

*E-FILED 1/22/08*

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

LESLIE F. LEVY, ESQ., SBN 104634
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0418
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff
GREGORY NEAL GRIMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-10;<br><br>　　　　Defendants. | CASE NO. 5:05-CV-01824-RS<br><br>**STIPULATION RE: EXPEDITED BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER, OR IN THE ALTERNATIVE, MOTION QUASH SUBPOENA SERVED ON MASSACHUSETTS INSTITUTE OF TECHNOLOGY; MOTION FOR SANCTIONS**<br>AND ORDER THEREON<br>MODIFIED BY THE COURT |

1         WHEREAS, on January 4, 2008, Plaintiff Gregory Grimes served a subpoena the Massachusetts Institute Technology seeking production of a video entitled "When to Seed, When to Harvest: The Four Quads of Innovation, Growth" and dated February 20, 2002, on January 22, 2008;

        WHEREAS, UPS is moving for a protective order, or, in the alternative, to quash the subpoena served on MIT, and for sanctions;

        WHEREAS, jury selection in this case is scheduled to begin on February 5, 2008, and this Court requires that motions regarding discovery be noticed on not less than 35 days notice pursuant to Civil L.R. 7-2;

        WHEREAS, this motion would not be resolved prior to trial if the regular briefing schedule pursuant to Civil L.R. 7-2 were followed;

        WHEREAS, the parties have not previously stipulated or moved for an extension of time or shortening of time in this case pursuant to Civil L.R. 6;

        WHEREAS, if ordered, the stipulation will have no affect on the upcoming deadlines in this case;

        The parties agree and stipulate through their separate counsel hereby to the following briefing schedule for UPS's Motion for Protective Order, or, In the Alternative, Motion to Quash Subpoena Served on Massachusetts Institute of Technology; and Motion for Sanctions:

1. Defendant's motion will be filed on January 16, 2008;
2. Plaintiff's opposition will be due on January 24, 2008;
3. Defendant's reply brief will be due on January 28, 2008; and
4. ~~The hearing will be set for January 30, 2008.~~
   The motion will be submitted without oral argument.

Dated: January 18, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

        By:         /s/ *Kerri N. Harper*
                     KERRI N. HARPER

        Attorneys for Defendant
        UNITED PARCEL SERVICE, INC.

Dated:  January 18, 2008	DICKSON-ROSS LLP


	By:     /s/ Kathryn Dickson
		KATHRYN B. DICKSON

	Attorneys for Plaintiff
	GREGORY NEAL GRIMES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/22/08
	MAGISTRATE JUDGE PRESIDING