COUNSEL LISTED ON NEXT PAGE

*E-FILED 1/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., and Doe 1 through Doe 10,<br><br>Defendant. | CASE NO. C05-CV-01824-RS<br><br>**JOINT APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR TRIAL; [PROPOSED] ORDER**<br><br>Trial Date: February 5, 2008<br>Time: 8:00 am.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Richard Seeborg |

| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com |
| | KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | |
| | ELIZABETH FALCONE (SB# 219084) elizabethfalcone@paulhastings.com |
| 6 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 515 South Flower Street |
| 7 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 8 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |
| 9 | |
| | Attorneys for Defendant |
| 10 | UNITED PARCEL SERVICE, INC. |
| 11 | KATHRYN BURKETT DICKSON (SB# 70636) kbdickson@dicksonross.com |
| | DICKSON – ROSS LLP |
| 12 | 1970 Broadway, Suite 1045 |
| | Oakland, CA 94612 |
| 13 | Telephone: (510) 268-1999 |
| | Facsimile: (510) 268-3627 |
| 14 | |
| | CLAUDIA CENTER (SB# 158255) ccenter@las-elc.org |
| 15 | THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER |
| | 600 Harrison Street, Suite 120 |
| 16 | San Francisco, CA 94107 |
| | Telephone: (415) 864-8848 |
| 17 | Facsimile: (415) 864-8199 |
| 18 | LESLIE LEVY (SB# 104634) courtmail@boxerlaw.com |
| | JEAN HYAMS (SB# 144425) |
| 19 | DARCI BURRELL (SB# 180467) |
| | BOXER & GERSON |
| 20 | 300 Frank H. Ogawa Plaza, Suite 500 |
| | Oakland, CA 94612 |
| 21 | Telephone: (510) 835-8870 |
| | Facsimile: (510) 835-0415 |
| 22 | |
| | Attorneys for Plaintiff |
| 23 | GREGORY NEAL GRIMES |

TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL OTHER PERSONS WITH NOTICE OF THIS ORDER:

WHEREAS Plaintiff Gregory Neal Grimes and Defendant United Parcel Service, Inc. (collectively, the "Parties") are planning to use computer and video equipment during the trial of the above-captioned matter;

WHEREAS the Parties have been informed by the Courtroom Deputy that equipment may be moved into the Court on February 1, 2008, at 3:00 p.m., as well as during the course of the trial in this matter;

WHEREAS the Parties have arranged for their vendors to deliver necessary equipment and materials during the above time;

The Parties hereby apply for and respectfully request the Court to enter an Order as follows:

On February 1, at 3:00 p.m., as well as during the course of the trial in this matter, the following equipment, materials and persons shall be permitted entry into the United States Courthouse for the Northern District of California and set up in Courtroom 4:

1. Personnel from and/or under the direction of the Parties and Aquipt in order to deliver and move into this Court the following equipment:

- A 5200 Lumen Presentation Projector
- Two 25" X 17" projector stands
- Two 15-inch flat-panel monitors
- Two VGA distribution amplifiers to boost signal to output devices.
- A Wolfvision Visulizer document camera
- Two Fender speakers, with appropriate audio cabling
- Two CAP-1 Computer Audio patch
- A two-input, one-output EXTRON VGA switch for discrete source switching.
- Two inline six-input, four-output VGA switcher for multi-channel display.
- An inline one-input, eight-output VGA DA for multi-channel display.

1        ▪    Two 18" X 60" A/V tech tables

2        ▪    Six wheeled bookcarts

2. Personnel from and/or under the direction of each of the Parties' respective counsel to deliver numerous boxes of exhibits, exhibit binders, depositions and related trial materials, and portable shelves.

3. To the extent possible, the Parties and their vendors shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

4. The assigned courtroom shall remain locked when Court is not in session for the protection and security of the Parties' documents designated "Confidential" or "Confidential – Attorneys' Eyes Only".

5. The Parties' exhibits, exhibit binders, boxes and trial documents may remain in the courtroom until Thursday, February 21, 2008 at 4:00 p.m, or until the conclusion of trial.

6. The Parties and the Court request the assistance of the United States Marshal in securing the courtroom and witness room containing the above equipment and materials.

DATED: January 22, 2008      DICKSON ROSS LLP

By: _____
KATHRYN BURKETT DICKSON

Attorneys for Plaintiff
Gregory Neal Grimes

DATED: January 22, 2008      PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
E. JEFFREY GRUBE

Attorneys for Defendant
United Parcel Service, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: 1/23/08

_____
Hon. Richard Seeborg
UNITED STATES MAGISTRATE JUDGE