*E-Filed 02/01/2008*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The request of defendant UPS to bifurcate is denied as untimely. The equitable tolling issue will be tried to the Court concurrently with the jury trial.

IT IS SO ORDERED.

Dated: February 1, 2008

RICHARD SEEBORG
United States Magistrate Judge