**E-FILED 2/4/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE JOSEPH HENSLEE JR. DEPOSITION DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objection to the introduction of the testimony identified at 216:6-23 of the Henslee transcript is sustained. The objection to 253:25-254:14 is overruled. The objection to 275:17-276:1 is sustained.

IT IS SO ORDERED.

Dated: February 4, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell     courtmail@boxerlaw.com

Claudia Center     ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson     kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone     elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt     tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq     jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper     kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams     courtmail@boxerlaw.com

Leslie Fran Levy     courtmail@boxerlaw.com

Sana Swe     sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox     kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson     JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/4/08**                                                              **Richard W. Wieking, Clerk**

                                                                                    **By:     Chambers**

ORDER
C 05-01824 RS