*E-FILED 2/5/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NEAL GRIMES,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

NO. C 05-01824 RS

**ORDER RE GENE KANAMORI DESIGNATIONS**

The objections to the introduction of testimony from the deposition of Gene Kanamori are sustained or overruled as set forth below. Although reference is made only to page numbers, the specific lines affected by this ruling are those identified by the parties in their submissions to the Court.

<u>Plaintiff's Designations</u>

Pp. 60-61: Overruled

P. 64: Sustained

Pp. 69-70: Sustained

P. 83: Overruled

Pp. 85-86: Overruled. Pursuant to the parties' agreement, however, the "original" question at

1

85:14-18 shall be omitted.

    P. 87: Sustained

    Pp. 100-101: Overruled.

    Pp. 103-105: Sustained

    Pp. 107-112: Sustained

    Pp. 114-117: Sustained

    P. 119: Sustained

    P. 123 (top): Overruled

    P. 123 (bottom): Overruled

    Pp. 124-125: Sustained

    Pp. 130-131: Sustained

    Pp. 134-136: Sustained

    P. 138: Sustained

<u>Defendant's Counter-Designations</u>

P. 102: Overruled

P. 143: Overruled

IT IS SO ORDERED.

Dated: February 5, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell courtmail@boxerlaw.com

Claudia Center ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams courtmail@boxerlaw.com

Leslie Fran Levy courtmail@boxerlaw.com

Sana Swe sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/5/08**                                **Richard W. Wieking, Clerk**

                                                 **By:        Chambers       **

ORDER
C 05-01824 RS