IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE WILLIAM KLUSSMAN DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objections to the introduction of testimony from the deposition of William Klussman are sustained or overruled as set forth below. Although reference is made only to page numbers, the specific lines affected by this ruling are those identified by the parties in their submissions to the Court.

P. 57: Sustained. The testimony appears to implicate the ruling on defendant's *in limine* No. 6, and to the extent that it does not, no relevance appears.

P. 207: Sustained. Inadequate foundation exists for the testimony, and the questioning calls for speculation.

P. 210-211: Overruled

P. 228-231: Sustained, without prejudice, on grounds that the testimony concerns a document

1

not admitted into evidence and the testimony is not offered as part of a showing that the document should be admitted into evidence. If the document is admitted into evidence upon a proper showing of admissibility, then there would appear to be a sufficient basis for this testimony to be admitted also.

IT IS SO ORDERED.

Dated: February 6, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell    courtmail@boxerlaw.com

Claudia Center    ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson    kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone    elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt    tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq    jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper    kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams    courtmail@boxerlaw.com

Leslie Fran Levy    courtmail@boxerlaw.com

Sana Swe    sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox    kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson    JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/6/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                 **By:        Chambers**

ORDER
C 05-01824 RS

3