*E-FILED 2/7/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NEAL GRIMES,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

NO. C 05-01824 RS

**ORDER RE DR. STEPHEN SCHILT DESIGNATIONS**

The objections to the introduction of testimony from the deposition of Dr. Stephen Shilt are sustained or overruled as set forth below. Where reference is made only to page numbers, the specific lines affected by this ruling are those identified by the parties in their submissions to the Court.

<u>Plaintiff's Designations</u>

Pp. 36, 38-39: Sustained. Although plaintiff was permitted to introduce similar evidence directly through his own testimony, Dr. Shilt's recounting of this portion of what plaintiff told him lacks independent relevance.

Pp. 37:21-38:2. Sustained, lack of relevance.

P. 41: Overruled.

1

P. 59: Overruled.

<u>Defendant's Counter-designations</u>

Pp. 61-62: Overruled.

P. 68: Overruled.

Pp. 80-81: Overruled.

P. 86: With the addition of the testimony continuing to 87:13 (not 86:13, as indicated in the parties' correspondence) witness answers the question, and on that basis the objection is overruled.

P. 89-92: With the agreed-to expansion to included 92:15-25, the objection is overruled.

IT IS SO ORDERED.

Dated: February 7, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell    courtmail@boxerlaw.com

Claudia Center    ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson    kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone    elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt    tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq    jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper    kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams    courtmail@boxerlaw.com

Leslie Fran Levy    courtmail@boxerlaw.com

Sana Swe    sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox    kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson    JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/7/08**                               **Richard W. Wieking, Clerk**

                                                **By:    Chambers**

ORDER
C 05-01824 RS

3