**United States District Court**
For the Northern District of California

**\*E-FILED 2/8/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE TIMOTHY METCALF DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objections to the introduction of testimony from the deposition of Timothy Metcalf are sustained or overruled as set forth below. Where reference is made only to page numbers, the specific lines affected by this ruling are those identified by the parties in their submissions to the Court.

Plaintiff's Designations

Pp. 21-22: Sustained, lack of relevance.

Pp. 26-28: Overruled.

Pp. 29-30: Overruled.

Pp. 35-43: Sustained, lack of relevance and cumulative.

P. 41: The additional objections to the testimony regarding Exhibit 338 are moot, in light of

1

1 the ruling that none of this testimony is admissible.

2     Pp. 43-47: In light of the rulings above, no basis remains to admit this testimony.

3     Pp. 47-48: Overruled.

4     P. 52: In light of the rulings above, no basis remains to admit this testimony.

5     Pp. 53-56: Sustained, lack of relevance and cumulative.

6     Pp. 57-58: Overruled

7     Pp. 58-60: Sustained, lack of relevance, lack of foundation, speculative.

8     Pp. 61-64: Overruled

9     Pp. 65: Sustained, lack of foundation, speculative.

10     Pp. 78-79: Sustained, without prejudice to defendant's right to introduce the testimony

11 through its counter-designations.

12

13 Defendant's Counter-designations

14     Pp. 63-64: Overruled.

15     Pp. 65-66: Overruled.

16     Pp. 70-71: Overruled.

17     P. 73: Sustained, hearsay.

18     Pp. 74-75: Sustained, hearsay.

19     Pp. 75-76: Overruled.

20     Pp. 92-93: Overruled.

21     Pp. 103-104: Overruled.

22     Pp. 106: Overruled.

23 IT IS SO ORDERED.

24 Dated: February 8, 2008

                                              RICHARD SEEBORG
                                              United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell     courtmail@boxerlaw.com

Claudia Center     ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson     kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone     elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt     tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq     jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper     kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams     courtmail@boxerlaw.com

Leslie Fran Levy     courtmail@boxerlaw.com

Sana Swe     sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox     kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson     JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/8/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                   **By:     Chambers**

ORDER
C 05-01824 RS