***E-FILED 2/11/08*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE HEATHER BLAIR CONNOLLY DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objections to the introduction of testimony from the deposition of Heather Blair Connolly are all overruled.

IT IS SO ORDERED.

Dated: 2/11/08

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell  courtmail@boxerlaw.com

Claudia Center  ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson  kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone  elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt  tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq  jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper  kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams  courtmail@boxerlaw.com

Leslie Fran Levy  courtmail@boxerlaw.com

Sana Swe  sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox  kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson  JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/11/08**                                              **Richard W. Wieking, Clerk**

                                                                **By:**        **Chambers**

ORDER
C 05-01824 RS