*E-FILED 2/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE SHIRLEY HEERA DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objections to the introduction of testimony from the deposition of Shirley Heera are sustained or overruled as set forth below. Where reference is made only to page numbers, the specific lines affected by this ruling are those identified by the parties in their submissions to the Court.

Plaintiff's Designations

Pp. 40-41: Sustained. The only apparent relevant purpose for the testimony would be to show the existence of the medical appointments and as such it constitutes inadmissible hearsay.

Pp. 42-43, 44-45, 46-47: Overruled.

Pp. 50-51: Overruled.

Pp. 51-52: Sustained, lack of foundation.

1

P. 55-56: Overruled.

Pp. 60-65: Overruled.

P 60 (re Kemper document): Overruled.

P. 62 (re foundation objection): Overruled.

Pp. 75-76: Overruled.

P.78: Sustained, hearsay.

Pp. 99, 106-107: Sustained, lack of foundation.

Pp. 138-139: Overruled

IT IS SO ORDERED.

Dated: February 11, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell     courtmail@boxerlaw.com

Claudia Center     ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson     kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone     elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt     tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq     jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper     kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams     courtmail@boxerlaw.com

Leslie Fran Levy     courtmail@boxerlaw.com

Sana Swe     sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox     kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson     JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/11/08**                                                              **Richard W. Wieking, Clerk**

                                                                                              **By:        Chambers**

ORDER
C 05-01824 RS

3