United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE THOMAS BEEMAN DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objections to the introduction of testimony from the deposition of Thomas Beeman are sustained or overruled as set forth below. Where reference is made only to page numbers, the specific lines affected by this ruling are those identified by the parties in their submissions to the Court.

<u>Plaintiff's Designations</u>

Pp. 63-64: Sustained, lack of relevance.

Pp. 64-65, 78-79, 87-88, 89-90: Sustained, lack of relevance.

Pp. 162-163: Sustained, hearsay.

Pp. 188-189: Sustained, lack of foundation.

1

Defendant's Counter-designations

    P. 56: Overruled.

    Pp. 72-73: Overruled.

    Pp. 73-74: Overruled.

IT IS SO ORDERED.

Dated: 2/11/08

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell courtmail@boxerlaw.com

Claudia Center ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams courtmail@boxerlaw.com

Leslie Fran Levy courtmail@boxerlaw.com

Sana Swe sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/11/08**                                              **Richard W. Wieking, Clerk**

                                                                **By:        Chambers**

ORDER
C 05-01824 RS