**\*E-FILED 2/12/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>　　　　Plaintiff,<br>　v.<br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　Defendant. | NO. C 05-01824 RS<br><br>**ORDER RE DR. KENNETH MELMAN DESIGNATIONS** |

The objection to the introduction of testimony from the deposition of Dr. Kenneth Melman is overruled.

IT IS SO ORDERED.

Dated: 2/12/08

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 05-01824 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell    courtmail@boxerlaw.com

Claudia Center    ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson    kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone    elizabethfalcone@paulhastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt    tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq    jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper    kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams    courtmail@boxerlaw.com

Leslie Fran Levy    courtmail@boxerlaw.com

Sana Swe    sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox    kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson    JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/12/08**                                                          **Richard W. Wieking, Clerk**

                                                                             **By:**    **Chambers**

ORDER
C 05-01824 RS