**\*E-FILED 2/13/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | NO. C 05-01824 RS |
| Plaintiff, | **ORDER RE BETH BAYER DESIGNATIONS** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

The objections to the introduction of testimony from the deposition of Beth Bayer is sustained. The testimony does not implicate the Court's *in limine* ruling, which only excluded Bayer's declarations because she was not subject to cross-examination as to the allegations made therein. Bayer was subject to examination by plaintiff in the deposition. Additionally, UPS is correct that as a general matter, Bayer may testify as to what she observed regarding Grimes. Nevertheless, the particular testimony in dispute is too speculative and lacking in foundation to be admissible. Bayer does not describe specific conduct by Grimes that she observed or any particular facts that would be probative. Her stated concern that there "might have been a possibility" that Grimes "may have been off his medications" demonstrates that the testimony is speculative and lacking in foundation to a degree that goes beyond merely raising a question as to the weight it should be given,

and that the testimony should be excluded.

IT IS SO ORDERED.

Dated: 2/12/08

                          RICHARD SEEBORG
                          United States Magistrate Judge

ORDER
C 05-01824 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Darci Elaine Burrell     courtmail@boxerlaw.com

Claudia Center     ccenter@las-elc.org, lbossing@las-elc.org, lkapros@las-elc.org

Kathryn Burkett Dickson     kbdickson@dicksonross.com, courtmail@boxerlaw.com, pwach@dicksonross.com

Elizabeth A. Falcone     elizabethfalcone@paulHastings.com, vilmabottger@paulhastings.com

Thomas E. Geidt     tomgeidt@paulhastings.com, jeffsmith@paulhastings.com

E. Jeffrey Grube , Esq     jeffgrube@paulhastings.com, patricialawson@paulhastings.com

Kerri N. Harper     kerriharper@paulhastings.com, jeffsmith@paulhastings.com

Jean K Hyams     courtmail@boxerlaw.com

Leslie Fran Levy     courtmail@boxerlaw.com

Sana Swe     sanaswe@paulhastings.com, daliaromhill@sbcglobal.net

Maurice Kirby Collette Wilcox     kirbywilcox@paulhastings.com, janetgogna@paulhastings.com

Julie Anne Wilkinson     JulieWilkinson@paulhastings.com, helendevol@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/13/08**                                         **Richard W. Wieking, Clerk**

                                                           **By:          Chambers**

ORDER
C 05-01824 RS

3