*E-FILED 2/20/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NEAL GRIMES, | No. C 05-01824 RS |
| Plaintiffs, | |
| v. | **ORDER TO JURY COMMISSIONER** |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish lunch for the members of the jury in the above-entitled matter during their deliberation at the expense of the United States District Court Jury Commissioner.

Dated: 2/20/08

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER TO JURY COMMISSIONER