*E-Filed 4/21/10*

KATHRYN BURKETT DICKSON (SB# 70636) kathy@dicksonlevy.com
LESLIE LEVY (SB# 104634) leslie@dicksonlevy.com
DICKSON LEVY LLP
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Telephone:  (510) 318-7700
Facsimile:  (510) 318-7701

Attorneys for Plaintiff
GREGORY NEAL GRIMES

E. JEFFREY GRUBE (SB# 167324)  jeffgrube@paulhastings.com
JENNIFER A. BLACKSTONE (SB# 226951) jenniferblackstone@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOE 1 - DOE 10,<br><br>　　　　　Defendants. | CASE NO. C 05-CV-01824-RS<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　April 28, 2010<br>Time:　　　10:00 a.m.<br>Courtroom: 3<br>Judge:　　　Hon. Richard Seeborg |

1    Plaintiff Gregory Neal Grimes and defendant United Parcel Service, Inc. ("UPS"), acting
2 through their respective counsel of record, stipulate and jointly request that the Court continue the
3 Case Management Conference scheduled for April 28, 2010 to a date no earlier than October 25,
4 2010. In support of their stipulation and request, the parties show the following:

5    1.   After meeting and conferring, the parties have agreed to participate in a mediation
6 in an attempt to resolve the remaining issues in this case.

7    2.   The parties request that the Court allow the parties 180 days to mediate and to
8 continue the Case Management Conference to a date no earlier than October 25, 2010.

9    3.   This length of time is necessary because lead defense counsel, Jeffrey Grube, has
10 jury trials scheduled for May 24, 2010, and August 2, 2010, and defense counsel anticipates that
11 the latter trial will last through the end of August. In addition, defense counsel had previously
12 scheduled a family vacation for June 19 through July 4, 2010.

13    4.   Accordingly, because of the above time constraints and because the parties wish to
14 engage in a meaningful and productive mediation, the parties respectfully request that the Court
15 allow the parties sufficient time to schedule, prepare for, and conduct a mediation, and thus to
16 continue the case management conference to a date no earlier than October 25, 2010.

18 Dated: April 20, 2010.                    DICKSON LEVY LLP
                                             KATHRYN BURKETT DICKSON
19                                           LESLIE LEVY

20                                      By:  /s/ Kathryn Burkett Dickson
                                             Kathryn Burkett Dickson, Counsel for
21                                           Plaintiff, GREGORY NEAL GRIMES

22 Dated: April 20, 2010.                    PAUL HASTINGS JANOFSKY & WALKER, LLP
                                             E. JEFFREY GRUBE
23                                           JENNIFER A. BLACKSTONE

25                                      By:  /s/ E. Jeffrey Grube
                                             E. Jeffrey Grube, Counsel for
26                                           Defendant, UNITED PARCEL SERVICE, INC.

CASE NO. 5:05-CV-01824-RS           -1-              JOINT STIPULATION TO CONTINUE CASE
LEGAL_US_W # 64457643.1                              MANAGEMENT CONF. AND ~~PROPOS~~ED ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2  The case management conference is continued to ____October 28_____,

3  2010.

4

5  Dated: __4/21/10_____            _____

6                                       HONORABLE RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE