*E-Filed 10/6/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Gregory Neal Grimes,   No. C 05-01824 RS

    Plaintiffs,   **STANDBY ORDER TO SHOW CAUSE**

v.

United Parcel Service,

    Defendants.

_____/

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 2, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 9, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

    IT IS SO ORDERED.

Dated: 10/6/10

RICHARD SEEBORG  
UNITED STATES DISTRICT JUDGE

Failure to comply with this Order may result in dismissal of the case.

No. C 05-01824 RS  
STANDBY ORDER TO SHOW CAUSE