1   KATHRYN BURKETT DICKSON (SB# 70636) kathy@dicksonlevy.com
    LESLIE LEVY (SB# 104634) leslie@dicksonlevy.com
2   DICKSON LEVY LLP
    180 Grand Avenue, Suite 1300
3   Oakland, CA  94612
    Telephone:  (510) 318-7700
4   Facsimile:  (510) 318-7701

5   Attorneys for Plaintiff
    GREGORY NEAL GRIMES
6

7   E. JEFFREY GRUBE (SB# 167324)  jeffgrube@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
8   55 Second Street
    Twenty-Fourth Floor
9   San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
10

11  Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14

15

16  GREGORY NEAL GRIMES,                    CASE NO. C 05-CV-01824-RS

17          Plaintiff,                      **STIPULATION AND** [PROPOSED]
                                            **ORDER DISMISSING ACTION WITH**
18      vs.                                 **PREJUDICE**

19  UNITED PARCEL SERVICE, INC.; and
    DOE 1 - DOE 10,
20
            Defendants.
21

22

23

24

25

26

27

28

LEGAL_US_W # 65969838.1

1    Having resolved all outstanding issues, Plaintiff Gregory Neal Grimes and defendant

2    United Parcel Service, Inc., acting through their respective counsel of record, hereby stipulate that this

3    action be dismissed with prejudice, each side to bear his and its own costs and attorneys' fees.

4    Dated:  October 26, 2010.     KATHRYN BURKETT DICKSON
5                                  LESLIE LEVY
                                    DICKSON LEVY LLP
6
7    By: _Kathy Burkett Dickson_
8                                  Kathryn Burkett Dickson
                                   Attorney for Plaintiff Gregory Neal Grimes
9
10   Dated: October 27, 2010.      E. JEFFREY GRUBE
                                   PAUL, HASTINGS, JANOFSKY & WALKER, LLP
11
12   By: _____
13                                 E. Jeffrey Grube
                                   Attorneys for Defendant United Parcel Service, Inc.
14

15   IT IS SO ORDERED.
16
17   _____
18   Hon. Richard Seeborg          DATED:  11/5/10

19
20
21
22
23
24
25
26
27
28