KATHRYN BURKETT DICKSON (SB# 70636) kathy@dicksonlevy.com
LESLIE LEVY (SB# 104634) leslie@dicksonlevy.com
DICKSON LEVY LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701

Attorneys for Plaintiff
GREGORY NEAL GRIMES

E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NEAL GRIMES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOE 1 - DOE 10,<br><br>Defendants. | CASE NO. C 05-CV-01824-RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

1  Having resolved all outstanding issues, Plaintiff Gregory Neal Grimes and defendant
2  United Parcel Service, Inc., acting through their respective counsel of record, hereby stipulate that this
3  action be dismissed with prejudice, each side to bear his and its own costs and attorneys' fees.

4  Dated: October 26, 2010.   KATHRYN BURKETT DICKSON
5  LESLIE LEVY
   DICKSON LEVY LLP

7  By: _Kathy Burkett Dickson_
      Kathryn Burkett Dickson
8     Attorney for Plaintiff Gregory Neal Grimes

10 Dated: October 27, 2010.   E. JEFFREY GRUBE
                              PAUL, HASTINGS, JANOFSKY & WALKER, LLP

12 By: _____
       E. Jeffrey Grube
13    Attorneys for Defendant United Parcel Service, Inc.

15 IT IS SO ORDERED.

17 _____        DATED: 11/5/10
18 Hon. Richard Seeborg